**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1912**

JAMES A. CLARK; HELEN P. CLARK,

        Plaintiffs - Appellants,

     v.

WELLS FARGO BANK N.A.,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:17-cv-00163-BO)

Submitted: December 28, 2017             Decided: January 5, 2018

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Clark and Helen P. Clark, Appellants Pro Se. B. Chad Ewing, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. and Helen P. Clark appeal the district court's order dismissing their complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, while we grant leave to amend the informal brief and to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Clark v. Wells Fargo Bank N.A.*, No. 5:17-cv-00163-BO (E.D.N.C. July 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*